UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Edgewell Personal Care Brands, LLC** and **International Refills Company Ltd.**, <br><br>     **Plaintiffs,** <br>v. <br><br> **Munchkin, Inc.,** <br><br>     **Defendant.** | **Civil Action No. 3:16-cv-00094-VLB** <br><br> **JURY TRIAL DEMANDED** |

### PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Plaintiffs Edgewell Personal Care Brands, LLC and International Refills Company Ltd. (collectively, "Plaintiffs") hereby respectfully move this Court, pursuant to D. Conn. L. Civ. R. 5(e)(3) and 5(e)(4), to seal the following documents:

- **Unredacted Plaintiffs' Brief in Opposition to Defendant's Motion to Transfer to the Central District of California and in Support of Its Motion, in the Alternative, to Transfer to the District of Delaware ("Brief");**

- **Exhibit 1 to the Declaration of Joshua Weeks in Support of Plaintiffs' Brief in Opposition to Defendant's Motion to Transfer to the Central District of California and in Support of Its Motion, in the Alternative, to Transfer to the District of Delaware – Transcript of the Deposition of Andy Keimach;**

- **Exhibit 4 to the Declaration of Joshua Weeks in Support of Plaintiffs' Brief in Opposition to Defendant's Motion to Transfer to the Central**

> District of California and in Support of Its Motion, in the Alternative, to Transfer to the District of Delaware – Declaration of Alan Shelofsky;

- Declaration of Karen Lesh; and
- Declaration of Julie LeBlanc.

Plaintiffs are filing these documents under seal because the parties Plaintiffs and Defendant have agreed that, for efficiency and to avoid burdening the Court, the Parties would abide by the Parties' stipulated protective order in the proceeding before the United States International Trade Commission (the "ITC") in *In re Certain Diaper Disposal Systems and Components Thereof, Including Diaper Refill Cassettes*, Inv. No. 337-TA-986 (the "ITC Protective Order") for the limited purposes of the briefing and discovery related to Defendant's Motion to Transfer.

Defendant has designated the declaration of Alan Shelofsky and the entire transcript of the deposition of Andy Keimach as Highly Confidential under the parties' agreement to abide by the ITC Protective Order, as attested to in the accompanying Affidavit of Joshua Weeks.

In addition, Plaintiffs have marked both the Declaration of Julie LeBlanc and Declaration of Karen Lesh as Highly Confidential pursuant to the ITC Protective Order because these declarations contain highly sensitive confidential business information. This highly sensitive confidential business information pertains to, inter alia, Plaintiffs' confidential business operations, confidential relationships with third parties, financial data, competitive analysis, and other

2

highly sensitive business matters. The public disclosure of such information would cause significant injury to Plaintiffs' businesses. These facts are attested to in the accompanying affidavit of Joshua Weeks.

Plaintiffs' Brief references the foregoing information throughout and thus should also remain under seal. A redacted version of the Brief is being filed so that the public may have access to the non-confidential portions thereof.

Alternatives to sealing will not prevent the disclosure of the confidential business information contained in these agreements, and the factors that relate to this issue favor sealing these commercially sensitive materials. *See Newsday LLC v. County of Nassau*, 730 F.3d 156, 163-65 (2d Cir. 2013).

In particular, allowing public access to the confidential documents may harm the parties' private business interests by disclosing sensitive, private commercial information, particularly to the parties' competitors. That information does not concern public officials or public concerns, and maintaining that information under seal would not impair court functions.

For the aforementioned reasons and for good cause shown, Plaintiffs respectfully request that this Court grant its motion to file its Brief, Exhibits 1 and 4, and the respective Declarations of Julie LeBlanc and Karen Lesh in support thereof under seal.

Dated: July 14, 2017                    Respectfully Submitted,

                                                      /s/ *Keith E. Broyles*
                                                      Marina F. Cunningham (CT 19475)
                                                      McCormick, Paulding, & Huber LLP

185 Asylum Street CityPlace II,
18th Floor
Hartford, CT 06103
Tel: 860 549-5290
Fax: 860 527-0464
Email: cunningham@ip-lawyers.com

Keith E. Broyles (pro hac vice)
keith.broyles@alston.com
Wesley C. Achey (pro hac vice)
wes.achey@alston.com
Pamela H. Councill (pro hac vice pending)
pamela.councill@alston.com
Joshua M. Weeks (pro hac vice)
joshua.weeks@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
Tel:  404-881-7000
Fax:  404-881-7777


*Counsel for Plaintiffs*
*Edgewell Personal Care Brands, LLC*
*and International Refills Company Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2017 a copy of foregoing

**PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL**

was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Dated: July 14, 2017                Respectfully Submitted,

/s/ *Keith E. Broyles*
Keith E. Broyles (pro hac vice)
keith.broyles@alston.com

*Counsel for Plaintiffs*
*Edgewell Personal Care Brands, LLC*
*and International Refills Company Ltd.*