UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Edgewell Personal Care Brands, LLC and International Refills Company Ltd.,<br><br>       Plaintiffs,<br>v.<br><br>Munchkin, Inc.,<br><br>       Defendant. | Civ. A. No. 3:16-cv-00094-VLB<br><br>JURY TRIAL DEMANDED |

### DECLARATION OF JOSHUA WEEKS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER TO THE CENTRAL DISTRICT OF CALIFORNIA AND IN SUPPORT OF ITS MOTION, IN THE ALTERNATIVE, TO TRANSFER TO THE DISTRICT OF DELAWARE

I, Joshua Weeks, hereby declare and state as follows:

1.      I am an attorney with the law firm of Alston & Bird LLP, located at One Atlantic Center, 1201 West Peachtree Street, Atlanta, Georgia, 30309-3424.

2.      Attached as Exhibit 1 to this declaration is a true and correct copy of the transcript of the June 27, 2017 deposition of Andy Keimach.  This transcript has been designated as "Highly Confidential Business Information Subject to Protective Order – Attorneys' Eyes Only" and is being filed under seal.

3.      Attached as Exhibit 2 to this declaration is a true and correct copy of an article on Munchkin Inc. as posted on May 28, 2015 on the Retail Merchandiser, Strategies for Growth website (accessible at http://www.retail-merchandiser.com/reports/retail-reports/2029-munchkin-inc).  This article was marked as Plaintiffs' Exhibit 4 at the June 27, 2017 deposition of Andy Keimach.

4. Attached as Exhibit 3 to this declaration is a true and correct copy of a printout of diaper pails & refills as posted on Munchkin's website as of June 26, 2017 (accessible at http://www.munchkin.com/all-potty/diaper-pails-refills.html). This printout was marked as Plaintiffs' Exhibit 5 at the June 27, 2017 deposition of Andy Keimach.

5. Attached as Exhibit 4 is a true and correct copy of the July 6, 2017 Declaration of Alan Shelofsky as served on counsel for Plaintiffs. This declaration has been designated as "Highly Confidential Business Information Subject to Protective Order – Attorneys' Eyes Only" by Defendant's counsel and is being filed under seal.

6. Attached as Exhibit 5 to this declaration is a true and correct copy of a printout of the "Meet Lauren" section of the Lauren McBride blog (accessible at http://www.laurenmcbrideblog.com/meet-lauren-connecticut-blogger/) (with page numbers added). This printout was marked as Plaintiffs' Exhibit 3 at the June 27, 2017 deposition of Andy Keimach.

7. Attached as Exhibit 6 to this declaration is a true and correct copy of the article "Behind the Scenes at Munchkin with PR #LADYBOSS Katie Harrington," as posted on November 12, 2015 on the HeyMama website (accessible at https://heymama.co/behind-the-scenes-at-munchkin-with-pr-ladyboss-katie-harrington/).

8. Attached as Exhibit 7 to this declaration is a true and correct copy of Defendant Munchkin, Inc.'s Objections and Responses to Plaintiffs Edgewell Personal Care Brands, LLC's, and International Refills Company Ltd.'s Notice of

Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) as served on Plaintiffs on June 23, 2017.

9. Attached as Exhibit 8 to this declaration is a true and correct copy of Plaintiff Edgewell Personal Care Brands, LLC's and International Refills Company Ltd.'s Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30(b)(6) as served on June 20, 2017.

10. Attached as Exhibit 9 to this declaration is a true and correct copy of a letter dated June 28, 2017 from Pamela Councill to Cameron Garrison.

11. Attached as Exhibit 10 to this declaration is a true and correct copy of an email exchange between Pamela Councill and Cameron Garrison dated July 6, 2017.

12. Attached as Exhibit 11 to this declaration is a true and correct copy of the Munchkin Owner's Guide for the Premium Diaper Pail powered by Arm & Hammer.

13. Attached as Exhibit 12 to this declaration is a true and correct copy of a job posting for an Influencer Marketing Manager with Munchkin as accessed on July 11, 2017.

14. Attached as Exhibit 13 to this declaration is a true and correct screenshot of the distance from Shelton, CT to Wilmington, DE as accessed on the Distance Calculator website (accessible at https://www.distancecalculator.net/).

15. Attached as Exhibit 14 to this declaration is a true and correct screenshot of the distance from Milford, CT to Wilmington, DE as accessed on the Distance Calculator website (accessible at https://www.distancecalculator.net/).

16. Attached as Exhibit 15 to this declaration is a true and correct screenshot showing available trains between Penn Station in New York and Wilmington, Delaware as accessed on the Kayak website (accessible at https://www.kayak.com/trains/NYC-ILG/2017-07-29/2017-07-30).

17. Attached as Exhibit 16 to this declaration is a true and correct screenshot showing available flights between various airports in the New York area and Los Angeles International (LAX) as accessed on the Kayak website (accessible at https://www.kayak.com/flights/NYC-LAX/2017-07-29/2017-07-30?fs=stops=0).

18. Attached as Exhibit 17 to this declaration is a true and correct screenshot showing the distance between Bridgetown, Barbados and Wilmington, DE as accessed on the Distance Calculator website (accessible at https://www.distancecalculator.net/).

19. Attached as Exhibit 18 to this declaration is a true and correct screenshot showing the distance between Bridgetown, Barbados and Los Angeles, California as accessed on the Distance Calculator website (accessible at https://www.distancecalculator.net/).

20. Attached as Exhibit 19 to this declaration is a true and correct screenshot showing available flights between Bridgetown, Barbados (BGI) and Los Angeles International (LAX) as accessed on the Kayak website (accessible at https://www.kayak.com/flights/BGI-LAX/2017-07-28/2017-07-29).

21. Attached as Exhibit 20 to this declaration is a true and correct screenshot showing the distance between Montreal, Canada and Wilmington, Delaware as

accessed on the Distance Calculator website (accessible at https://www.distancecalculator.net/).

22.     Attached as Exhibit 21 to this declaration is a true and correct screenshot showing the distance between Montreal, Canada and Los Angeles, California as accessed on the Distance Calculator website (accessible at https://www.distancecalculator.net/).

23.     Attached as Exhibit 22 to this declaration is a true and correct copy of a printout of the "Investors Section" section of the Munchkin website (accessible at https://www.munchkin.com/investors/).

24.     Attached as Exhibit 23 to this declaration is a true and correct copy of a printout of the "Investors Section" section of the Munchkin website (accessible at https://www.munchkin.com/careers/).

25.     Attached as Exhibit 24 to this declaration is a true and correct copy of a News Room article from the Certona website (accessible at http://www.certona.com/news-room/a-baby-products-manufacturer-takes-a-bigger-step-into-e-commerce/).

26.     Attached as Exhibit 25 to this declaration is a true and correct copy of a Tealium case study entitled "Munchkin Launches New E-Commerce Initiative" (accessible at https://tealium.com/resources/case-studies/).

27.     Attached as Exhibit 26 is a true and correct copy of the June 29, 2017 Declaration of Marc Hayes as served on counsel for Plaintiffs.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.**


**July 14, 2017**                                              */s/ Joshua Weeks*
                                                               **Joshua Weeks**