Ronald A. Valenzuela (State Bar No. 210025)
rvalenzuela@lathropgage.com
LATHROP GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067
Tel: (310) 789-4600 Fax: (310) 789-4601

R. Cameron Garrison (admitted *pro hac vice*)
cgarrison@lathropgage.com
Travis W. McCallon (admitted *pro hac vice*)
tmccallon@lathropgage.com
Luke M. Meriwether (admitted *pro hac vice*)
lmeriwether@lathropgage.com
Eric D. Sidler (admitted *pro hac vice*)
esidler@lathropage.com
LATHROP GAGE LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Tel: (816) 292-2000 Fax: (816) 292-2001

Attorneys for Defendant MUNCHKIN, INC.

E-FILED 11/4/19

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGEWELL PERSONAL CARE BRANDS, LLC, and INTERNATIONAL REFILLS COMPANY, LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> MUNCHKIN, INC., <br> Defendant. | Case No. 2:18-cv-03005-PSG-JPR <br> Hon. Philip S. Gutierrez <br><br> **[PROPOSED] FINAL JUDGMENT** |

| | |
|---|---|
| MUNCHKIN, INC. | |
| Counter-Plaintiff, | |
| vs. | |
| EDGEWELL PERSONAL CARE BRANDS, LLC and INTERNATIONAL REFILLS COMPANY, LTD., | |
| Counter-Defendants. | |

The Court, having granted Defendant Munchkin, Inc.'s Motion for Summary Judgment as it relates to noninfringement of U.S. Patent Nos. 6,974,029 and 8,899,420 (collectively, the "Asserted Patents"), and having denied the remainder of Munchkin's Motion for Summary Judgment and all other pending dispositive and *Daubert* motions as moot (*see* Dkt. No. 392), hereby enters FINAL JUDGMENT of noninfringement in favor of Munchkin and against Plaintiffs Edgewell Personal Care Brands, LLC and International Refills Company, Ltd., on all of Plaintiffs' asserted claims of infringement of the Asserted Patents and Defendant's counterclaims of noninfringement of the Asserted Patents.

It is further ORDERED, ADJUDGED, and DECREED that Munchkin's remaining counterclaims for invalidity of the Asserted Patents are hereby dismissed without prejudice.

Munchkin reserves its right to seek, within fourteen days after the entry of this Final Judgment, an award of its taxable costs pursuant to Fed. R. Civ. P. 54(d)(1) and C.D. Cal. L.R. 54-2 and 54-3, and an award of its attorney's fees and nontaxable expenses pursuant to 35 U.S.C. § 285, Fed. R. Civ. P. 54(d)(2), and C.D. Cal. L.R. 54-7 and 54-8.

**IT IS SO ORDERED**.

Dated: 11/1/19

PHILLIP S. GUTIERREZ, U.S. District Judge

1
[PROPOSED] FINAL JUDGMENT
31818382v.1