**FILED**
CLERK, U.S. DISTRICT COURT

5/18/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___**WH**___ DEPUTY

cc: 9thCCA

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGEWELL PERSONAL CARE BRANDS, LLC, and INTERNATIONAL REFILLS COMPANY, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>MUNCHKIN, INC.,<br>Defendant. | Case No. 2:18-cv-03005-PSG-JPR<br>Hon. Philip S. Gutierrez<br><br>**[PROPOSED] ORDER GRANTING TO STAY EXECUTION OF COSTS AWARD PENDING APPEAL** |
| MUNCHKIN, INC.<br>Counter-Plaintiff,<br><br>v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC and INTERNATIONAL REFILLS COMPANY, LTD.,<br>Counter-Defendants. | Action Filed: January 21, 2016 |

Having considered the Stipulation to Stay Execution of Costs Award Pending Appeal, the Stipulation is approved and

**IT IS SO ORDERED.**

SIGNED at Los Angeles, California, this 18th day of May, 2020.

PHILIP S. GUTIERREZ
_____
PHILLIP S. GUTIERREZ
U.S. District Judge