| | |
|---|---|
| 1<br>2<br>3<br>4 | Ronald A. Valenzuela (State Bar No. 210025)<br>Ronald.Valenzuela@lathropgpm.com<br>LATHROP GPM LLP<br>2049 Century Park East, Suite 3500S<br>Los Angeles, CA 90067-1623<br>Tel: (310) 789-4646 Fax: (310) 789-4601 |
| 5 | *Attorney for Defendant MUNCHKIN, INC.* |
| 6<br>7<br>8<br>9<br>10 | Yuri Mikulka (State Bar No. 185926)<br>Yuri.Mikulka@alston.com<br>**ALSTON & BIRD LLP**<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA  90071-1410<br>Telephone:  213-576-1000<br>Facsimile:  213-576-1100 |
| 11<br>12<br>13 | *Attorney for Plaintiffs*<br>*EDGEWELL PERSONAL CARE BRANDS, LLC,*<br>*INTERNATIONAL REFILLS COMPANY, LTD., and*<br>*ANGELCARE USA LLC* |

FILED
CLERK, U.S. DISTRICT COURT
6/13/23
CENTRAL DISTRICT OF CALIFORNIA
BY: ____WH_____ DEPUTY

LINK 666
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGEWELL PERSONAL CARE BRANDS, LLC, INTERNATIONAL REFILLS COMPANY, LTD., and ANGELCARE USA LLC<br><br>          Plaintiffs,<br><br>     v.<br><br>MUNCHKIN, INC.,<br><br>          Defendant.<br><br>MUNCHKIN, INC.,<br><br>          Counter-Plaintiff,<br><br>     v.<br><br>EDGEWELL PERSONAL CARE BRANDS, LLC and INTERNATIONAL REFILLS COMPANY, LTD.,<br><br>          Counter-Defendants. | Case No. 2:18-CV-03005-PSG-JPR<br>Assigned to the Honorable Philip S. Gutierrez<br><br>**JOINT STIPULATION OF DISMISSAL**; ORDER<br><br>Action Filed: January 21, 2016 |

JOINT STIPULATION OF DISMISSAL

| | |
|---|---|
| 1 | R. Cameron Garrison (admitted *pro hac vice*) |
| | Cameron.garrison@lathropgpm.com |
| 2 | Travis W. McCallon (admitted *pro hac vice*) |
| 3 | Travis.mccallon@lathropgpm.com |
| | Luke M. Meriwether (admitted *pro hac vice*) |
| 4 | Luke.meriwether@lathropgpm.com |
| 5 | Eric D. Sidler (admitted *pro hac vice*) |
| | Eric.sidler@lathropgpm.com |
| 6 | Timothy J. Hadachek (admitted *pro hac vice*) |
| 7 | Timothy.hadachek@lathropgpm.com |
| | LATHROP GPM LLP |
| 8 | 2345 Grand Boulevard, Suite 2200 |
| 9 | Kansas City, MO 64108 |
| | Tel: (816) 292-2000  Fax: (816) 292-2001 |
| 10 | |
| 11 | ***Attorneys for Defendant Munchkin, Inc.*** |
| 12 | |
| | Eric A. Kuwana (admitted *pro hac vice*) |
| 13 | eric.kuwana @alston.com |
| | Keith E. Broyles (admitted *pro hac vice*) |
| 14 | keith.broyles@alston.com |
| 15 | Wesley C. Achey (admitted *pro hac vice*) |
| | wes.achey@alston.com |
| 16 | Joshua M. Weeks (admitted *pro hac vice*) |
| 17 | joshua.weeks@alston.com |
| | Michael Deane (admitted *pro hac vice)* |
| 18 | michael.deane@alston.com |
| 19 | Thomas Finch (admitted *pro hac vice*) |
| | thomas.finch@alston.com |
| 20 | ALSTON & BIRD LLP |
| 21 | 1201 West Peachtree Street |
| | Atlanta, GA 30309 |
| 22 | Telephone:  (404) 881-7000 |
| 23 | Facsimile:   (404) 881-7777 |
| 24 | ***Attorneys for Plaintiffs*** |
| | ***Edgewell Personal Care Brands, LLC,*** |
| 25 | ***International Refills Company, Ltd., and*** |
| 26 | ***Angelcare USA LLC*** |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Plaintiffs Edgewell Personal Care Brands, LLC, International Refills Company |
| 2 | Ltd., and Angelcare USA LLC and Defendant Munchkin, Inc. (each a 'Party" and |
| 3 | together the "Parties") agree and stipulate that this case has been settled and resolved to |
| 4 | the Parties' satisfaction. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and their settlement |
| 5 | agreement, the Parties stipulate and agree that the above-captioned case be and hereby |
| 6 | is dismissed with prejudice, with each Party bearing its own attorneys' fees and costs. |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | DATED: June 9, 2023 | ALSTON & BIRD LLP |

*/s/ Keith E. Broyles*
Yuri Mikulka (Bar No. 185926)
  yuri.mikulka@alston.com
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100

Eric A. Kuwana (admitted *pro hac vice*)
  eric.kuwana @alston.com
Keith E. Broyles (admitted *pro hac vice*)
  keith.broyles@alston.com
Wesley C. Achey (admitted *pro hac vice*)
  wes.achey@alston.com
Joshua M. Weeks (admitted *pro hac vice*)
  joshua.weeks@alston.com
Michael Deane (admitted *pro hac vice*)
  michael.deane@alston.com
Thomas Finch (admitted *pro hac vice*)
  thomas.finch@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone:  (404) 881-7000
Facsimile:   (404) 881-7777

***Attorneys for Plaintiffs***
***Edgewell Personal Care Brands, LLC,***
***International Refills Company, Ltd., and***
***Angelcare USA LLC***

JOINT STIPULATION OF DISMISSAL

| | | |
|---|---|---|
| 1 | DATED: June 9, 2023 | LATHROP GPM LLP |
| 2 | | |
| 3 | | /s/ Travis W. McCallon |
| | | Ronald A. Valenzuela (State Bar No. 210025) |
| 4 | | Ronald.valenzuela@lathropgpm.com |
| | | **LATHROP GPM LLP** |
| 5 | | 2049 Century Park East, Suite 3500S |
| | | Los Angeles, CA 90067-1623 |
| 6 | | Tel: (310) 789-4646 Fax: (310) 789-4601 |

**IT IS SO ORDERED.**

DATED: _____

*[signature]*

**U.S. DISTRICT JUDGE**

R. Cameron Garrison (admitted *pro hac vice*)
  Cameron.garrison@lathropgpm.com
Travis W. McCallon (admitted *pro hac vice*)
  Travis.mccallon@lathropgpm.com
Luke M. Meriwether (admitted *pro hac vice*)
  Luke.meriwether@lathropgpm.com
Eric D. Sidler (admitted *pro hac vice*)
  Eric.sidler@lathropgpm.com
Timothy J. Hadachek (admitted *pro hac vice*)
  Timothy.hadachek@lathropgpm.com
**LATHROP GPM LLP**
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
Tel: (816) 292-2000 Fax: (816) 292-2001

***Attorneys for Defendant Munchkin Inc.***

SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-4.3.4, I hereby attest that consent has been obtained from Travis McCallon, counsel for the Defendant, indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: June 9, 2023                ALSTON & BIRD LLP

                                   By: /s/ Keith E. Broyles
                                     Keith E. Broyles
                                     Attorney for Plaintiffs